## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOHN NANNI,                          )
an individual,                       )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      Case No. 1:24-cv-00727 RGA
                                     )
CONCORD TOWERS, Inc.,                )
a Delaware corporation,              )
                                     )
            Defendant.               )

### STIPULATION AND (PROPOSED) ORDER
### OF DISMISSAL WITH PREJUDICE

**WHEREAS,** the Plaintiff filed this action against Defendant for alleged violations of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.* ("Title III" of the "ADA")*,* pursuant to which the Plaintiff sought a permanent injunction and attorneys' and expert's fees, expenses and costs;

**WHEREAS,** Defendant does not admit, and expressly denies, a violation of any federal, state or local statute (including, but not limited to, the ADA), and state or municipal fire safety or building code, or any other wrongdoing or liability whatsoever;

**WHEREAS,** it is the intent of the Parties to improve access to the Property for persons with disabilities, consistent with the standards for accessible design contained in the ADA Accessibility Guidelines for Buildings and Facilities.

**WHEREAS,** Plaintiff and Defendant have agreed to a settlement of this action;

COMES NOW Plaintiff John Nanni and Defendant Concord Towers, Inc., by and through their respective undersigned counsel, subject to the approval of the Court, hereby stipulate and agree, that the Complaint is dismissed with prejudice each party bearing their own costs and Plaintiff agreeing not to submit any request to the Court for an award of his legal fees and also requesting that this Court retain jurisdiction over this matter solely for the purposes of enforcement of the terms and conditions of their Agreement.

November 8, 2024

/s/ **DAVID T. CRUMPLAR, ESQUIRE #5876**

**DAVID T. CRUMPLAR, ESQUIRE #5876**
**Jacobs & Crumplar, P.A.**
**10 Corporate Circle, Suite 301**
**New Castle, Delaware 19720**
**(302) 656-5445**
**Counsel for Plaintiff John Nanni**

2

**/s/ JEFFREY M. WEINER, ESQUIRE #403**

**JEFFREY M. WEINER, ESQUIRE #403**
**1332 N. King Street**
**Wilmington, Delaware 19801**
**(302) 652-0505**
**Counsel for Defendant Concord Towers**

**DATED: November 7, 2024**

**SO ORDERED this** 8th **day of** November **, 2024.**

/s/ Richard G. Andrews
_____
**Honorable Richard G. Andrews**
**Judge of the United States District Court - Delaware**

3